Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

December 6, 2017

Tanya Kelley
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

RE: Jennings v. Garner 17-1220

In regards to the above referenced case, please be advised that I cannot serve defendant, Ms. Collins. There is no one here at Menard Correctional Center with that name.

If you have any questions or need any additional information please feel free to contact me at Menard Correctional Center Legal Service Office at (618) 826-5071, ext. 7893.

Sincerely,

Vickie Wood
Legal Services

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

James C. Jennings, Jr.
*Plaintiff(s)*

v.

Mr. Garner, et al
*Defendant(s)*

Case Number: 17-1220-MJR-SCW

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

TO: **Ms. Collins** *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**
A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**
If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent to you (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Dated: December 6, 2017

Justine Flanagan, Acting Clerk of Court

By: *s/ Tanya Kelley*
Deputy Clerk